IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRADFORD STEVEN FREELAND, and CYNTHIA GAIL FREELAND, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 06-4032-JLF |
| ARVINMERITOR, INC., a Corporation, and DAIMLERCHRYSLER CORPORATION, a Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This is before the Court on its own motion. On May 17, 2006, this Court ordered plaintiffs to respond to DaimlerChrysler's motion to dismiss Counts VI and XII, (Doc. 23), on or before May 31, 2006 (Doc. 29). Plaintiffs have failed to do so. Plaintiff was warned that failure to respond to the motion would result in admission of the merits of the motion (Doc. 29). Accordingly, due to plaintiffs' failure to respond, and for the reasons stated in defendant's memorandum, (Doc. 23), defendant's motion to dismiss Counts VI and XII, (Doc. 23), is **GRANTED**. Accordingly, Counts VI and XII are **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **DIRECTED** to enter Judgment accordingly at the close of this case.

**IT IS SO ORDERED.**

**DATED:** June 9, 2006.

*s/ James L. Foreman*
**DISTRICT JUDGE**