IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADFORD STEVEN FREELAND and CYNTHIA GAIL FREELAND, | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) CIVIL NO. 06-4032-GPM ) |
| ARVINMERITOR, INC. and DAIMLERCHRYSLER, CORP., | ) ) ) |
| **Defendant.** | ) |

# AMENDED JUDGMENT IN A CIVIL CASE

This action was tried by a jury with Judge G. Patrick Murphy presiding, and the jury has rendered a verdict.

**It is ordered that:**

- the plaintiff, Bradford Steven Freeland, recover from Defendant, ArvinMeritor, Inc., the amount of $15,000.00 with interest at the rate of 2.04%, along with costs; and that he recover from Defendant, Daimler Chrysler, Corp., the amount of $3,000.00 with interest at the rate of 2.04%, along with costs.

**It is also ordered that:**

- the plaintiff, Cynthia Gail Freeland, recover nothing, the action be dismissed on the merits, and that defendants, ArvinMeritor, Inc. and DaimlerChrysler, Corp., recover costs from the plaintiff, Cynthia Gail Freeland.

**It is also ordered that:**

- defendant, DaimlerChrysler, Corp., is awarded $4,962.63 in costs pursuant to Rule 68(d).

**DATED**: 03/06/09

KEENAN CASADY, CLERK

By: s/ Linda McGovern
      Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge